# wasser | russ



douglas f. wasser
adam h. russ*
partners

isaac alony
associate

robert j. gurland+
of counsel

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/3/20
```

January 3, 2020

Honorable Robert W. Lehrburger
United States Courthouse
500 Pearl Street, Room 1960
New York, NY 10007

**Re: Darezzo v. Grounds for Improvement LLC et. al.
1:18- cv-11171 (PGG)(RWL)**

Dear Judge Lehrburger:

The undersigned has just appeared as co-counsel for the defendant Gramercy Construction & Management Corp. ("Gramercy") in this matter.

This letter is to respectfully request an adjournment of the status conference scheduled by Your Honor for January 8, 2020. This is the first request for an adjournment of this status conference. No party has objected to our request to adjourn the January 8 conference date.

The basis for the request is that Your Honor directed that a representative of Gramercy attend the conference.

The President of Gramercy, Andrew Garay, is the individual with authority to make decisions for Gramercy and would be the best person to attend this conference for Gramercy. However, Mr. Garay is based in Northern California, although he flies into New York City for a few days each month to attend to Gramercy business. By the time Mr. Garay learned of the upcoming status conference, previous plans had already been fixed for Mr. Garay which made a visit to New York City on January 8 extraordinarily difficult.

We have since been vigorously engaged with counsel trying to find a date for the conference which both (i) fits within the schedules of the attorneys and (ii) occurs when Mr. Garay is in New York City from California. Mr. Garay is in New York City in mid-January, but other party-attorney conflicts prevented scheduling at that time.

Additionally, Mr. Garay has been consulting with an access architect on this matter, and we humbly submit that the status conference would be more productive if we could arrange to have the access architect likewise attend. We have been advised that Mr. Garay's access architect can attend a conference on February 4, 2020.

We therefore respectfully request that the status conference be adjourned to February 4 of 2020 when Mr. Garay again plans to be in New York City together with his access architect. Mr.

* member of new york, illinois, and massachusetts bars
+ member of new york and california bars

wasser & russ, llp
attorneys at law
80 maiden lane I suite 1502 I new york ny 10038
tel: 212.430.6040 I fax: 212.430.6041
www.wassruss.com

# wasser | russ

Honorable Robert W. Lehrburger
January 3, 2020
Page 2


Garay can also attend a conference on February 3 or 5 if the Court requests it, though his architect would be unable to appear on either of those days.

    Plaintiff's counsel has agreed to an adjournment date of February 3 or 4. We have not heard from defense co-counsel after several attempts to confirm February 3, 4 or 5 as potential adjournment dates, but the timing deadlines under this Court's rules require submission of this request by today at the latest.

    Accordingly, we respectfully request an adjournment of the status conference scheduled for January 8, 2020 to February 4, 2020, preferentially, or February 3 or 5 if the Court requests it on either of those dates.

    Thank you for your time and attention to this matter.

                          Respectfully Submitted,

                          *Isaac Alony*

                          Isaac Alony

DFW/ia

*[Handwritten:]* The status conference currently scheduled for 1/8/20 is rescheduled to 2/4/20 at 2 p.m. The access architect shall attend.

**SO ORDERED:**

*[Signature]* 1/3/20

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE