```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ANGELA DAREZZO,                                                :
                                                               :
                              Plaintiff,                       :
                                                               :
         - against -                                           :
                                                               :
BIRCH COFFEE MANAGEMENT LLC, et al.,                           :
                                                               :
                              Defendants.                      :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/8/2020

18 Civ. 11171 (PGG) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On March 11, 2020, the parties requested and the Court granted a seven-day extension for the parties to submit their settlement agreement. The Court has not heard from the parties since. Accordingly, the parties shall file a joint status letter by June 15, 2020.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:    June 8, 2020
          New York, New York

Copies transmitted to all counsel of record.

1